STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. IRVING HARRIS, PLAINTIFF IN ERROR.

Submitted February 12, 1937—Decided April 20, 1937.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *George T. Vickers.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 9.

*For reversal*—PARKER, BODINE, DONGES, HEHER, JJ. 4.